UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -against- | 20-cr-627 (JSR) |
| KENNY G. ADAMS-GARCIA, | ORDER |
| Defendant. | |

JED S. RAKOFF, U.S.D.J.

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge Kevin Nathaniel Fox on November 20, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, NY

         December 18, 2020                    JED S. RAKOFF, U.S.D.J.